**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO MORALES, ) | NO. CV 20-850-JLS(E) |
|                    ) | |
|       Petitioner, ) | |
|                    ) | |
|     v.             ) | ORDER ACCEPTING FINDINGS, |
|                    ) | |
| PATRICK COVELLO, Warden, ) | CONCLUSIONS AND RECOMMENDATIONS |
|                    ) | |
|       Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 6, 2020

                                               _____
                                               JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE