JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO MORALES, | ) | NO. CV 20-850-JLS(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| PATRICK COVELLO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 6, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE